Case 1:16-cv-01257-ARR-JO   Document 10   Filed 06/02/16   Page 1 of 1 PageID #: 26
Case 1:16-cv-01257-ARR-JO   Document 11   Filed 06/07/16   Page 1 of 1 PageID #: 27

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WHITNEY M. BAUTISTA,

    Plaintiff,

-against-

BLUESTEM BRANDS, INC d/b/a,
FINGERHUT

    Defendant,

_____/

**NOTICE OF VOLUNTARY DISMISSAL**
Docket No.: 1:16-cv-01257-ARR-JO

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(A)(i)

Pursuant to F.R.C.P 41 (a)(1)(A)(i) of the Federal Rules of Civil procedure, The Plaintiff Whitney M. Bautista and other counsel(s), hereby give notice that the above captioned actioned is voluntary dismissed, without prejudice against the defendant(s) Bluestem Brands, Inc. d/b/a Fingerhut. We will be commencing arbitration on this matter shortly.

Dated: June 2, 2016

Respectfully submitted,

_s/Subhan Tariq_____
Subhan Tariq, Esq.
Attorney I.D. No. ST9597
The Law Office of Subhan Tariq, Esq., PLLC
90-52 171st Street
Jamaica, NY 11432
516-900-4529
Email:Subhan@tariqlaw.com
**Attorney for Plaintiff**

So ordered.
/s/(ARR)  /s/DJ